UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THEODORE BRISCOE, JR.,                )
                                      )
                    Plaintiff,        )
                                      )
            v.                        )      No. 1:20-cv-02912-JPH-MPB
                                      )
MATTHEW MINNIS Officer, 40190 IMPD,   )
CRAIG SOLOMON,                        )
BRIAN WILLS Officer,                  )
                                      )
                    Defendants.       )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Matthew Brookman has entered a Report and

Recommendation, dkt. 48, recommending that the Court grant Defendants'

Motion for Judgment on the Pleadings.  Dkt. 33.  The parties have had the

opportunity to object but have not done so.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C.

§ 636(b)(1).  The Court has considered and now **ADOPTS** the Report and

Recommendation.  Dkt. [48].  The motion for judgment on the pleadings is

**GRANTED**.  Dkt. [33].

**SO ORDERED.**

Date: 4/15/2022

Distribution:                         *James Patrick Hanlon*
                                      James Patrick Hanlon
THEODORE BRISCOE, JR.                 United States District Judge
839 W. 30th St.                       Southern District of Indiana
Indianapolis, IN 46208

1

Martin Austin Brown
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT,
LLP
mab@rkblegalgroup.com

Andrew R. Duncan
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT,
LLP
ard@rkblegalgroup.com

John F. Kautzman
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT,
LLP
jfk@rkblegalgroup.com

Edward J. Merchant
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS DUNCAN & MERCHANT,
LLP
ejm@rkblegalgroup.com

Adam Scott Willfond
OFFICE OF CORPORATION COUNSEL
adam.willfond@indy.gov